UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** 26CR129 JMB/DLM |
| Plaintiff, | )<br>) 18 U.S.C. § 2252A(a)(2)(A) & (b)(1)<br>) 18 U.S.C. § 2252A(a)(5)(B) & (b)(2)<br>) 18 U.S.C. § 2253 |
| v. | )<br>)<br>) |
| MICHAEL JAMES ARNDT-PAULSON, | )<br>) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNTS 1-3
(Receipt of Child Pornography)

Between on or about September 13, 2023, and on or about October 24, 2025, in the State and District of Minnesota, the defendant,

**MICHAEL JAMES ARNDT-PAULSON,**

having been previously convicted under the laws of the State of Minnesota relating to the aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor, and the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, namely a conviction on or about September 22, 2016 in Dakota County, Minnesota under case number 19HA-CR-15-2429 for possession of child pornographic work involving a minor; a conviction on or about August 12, 2021, in Hennepin

SCANNED
JUL - 9 2026
U.S. DISTRICT COURT MPLS

United States v. Michael James Arndt-Paulson

County, Minnesota under case number 27-CR-20-20618 for possession of child pornographic work involving a minor; and a conviction on or about December 6, 2022, in Washington County, Minnesota under case number 82-CR-21-3967 for criminal sexual conduct in the first degree with a person under the age of 13, did knowingly receive child pornography using a means and facility of interstate and foreign commerce that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by cellular telephone or computer device, in that the defendant, using an Internet capable device, received graphic image files depicting one or more minors engaged in sexually explicit conduct and such visual depictions were of such conduct, to wit

| Count | File Name | Description of File |
|---|---|---|
| 1 | .pending-1725413384-dd7360d85954dcd2d 460b6dffb94e1ee.jpg | An image of a minor boy with his genitals exposed in a lewd and lascivious manner |
| 2 | .pending-1738352905-1iicngu5v_3.gif | An image of a minor boy performing oral sex on an adult man |
| 3 | .pending-1738888041-1gjq8hsdf.gif | An image of minor girl with her genitals exposed in a lewd and lascivious manner |

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1)

2

United States v. Michael James Arndt-Paulson

## COUNT 4
### (Possession of Child Pornography)

On or about October 24, 2025, in the State and District of Minnesota, the defendant

### MICHAEL JAMES ARNDT-PAULSON,

having been previously convicted under the laws of the State of Minnesota relating to the aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor, and the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, namely a conviction on or about September 22, 2016 in Dakota County, Minnesota under case number 19HA-CR-15-2429 for possession of child pornographic work involving a minor; a conviction on or about August 12, 2021, in Hennepin County, Minnesota under case number 27-CR-20-20618 for possession of child pornographic work involving a minor; and a conviction on or about December 6, 2022, in Washington County, Minnesota under case number 82-CR-21-3967 for criminal sexual conduct in the first degree with a person under the age of 13, did knowingly possess one or more matters which contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, and that was produced using materials that had been shipped and transported in and affecting such

3

United States v. Michael James Arndt-Paulson

commerce by any means, including by computer, where such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, including, but not limited to, the following computer video file:

| Count | File Name | Description of File |
|-------|-----------|---------------------|
| 4 | .pending-1727022709-gamin deux adultes dans les bois.mp4 | A video file depicting a minor boy performing oral sex on an adult man. |

all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2)

This violation involved images of child pornography involving prepubescent minors and minors who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(b)(2)

## FORFEITURE ALLEGATIONS

Upon conviction of any of Counts 1 through 4, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

4

United States v. Michael James Arndt-Paulson

(2) any property, real or personal, constituting, or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

The property subject to forfeiture includes, but is not limited to, the following items received by law enforcement on October 24, 2025:

(a) Samsung Tablet A, SM-T730U with IMEI 353494113517146.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                      FOREPERSON